# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| ROBBIE WOLFF,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>EXCELSIOR COLLEGE,<br><br>　　　　　　Defendant. | 2:16-cv-02466-JAD-VCF<br>**MINUTE ORDER** |

　　Due to a conflict on the Court's calendar, IT IS HEREBY ORDERED that the hearing scheduled for 11:00 AM, July 10, 2017 is RESCHEDULED to 1:00 PM, July 12, 2017, in Courtroom 3D.

　　DATED this 15th day of June, 2017.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE